JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| BLAS JIMENEZ, | ) | No. ED CV 07-01598-RSWL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CALIFORNIA BOARD OF PAROLE HEARINGS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: July 7, 2010

*RONALD S.W. LEW*
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE