JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BLAS JIMENEZ, | No. ED CV 07-01598-RSWL (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| CALIFORNIA BOARD OF PAROLE HEARINGS, et al., | |
| Respondents. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 15, 2011

RONALD S.W. LEW
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE